# Court of Appeals
# of the State of Georgia

ATLANTA,  July 24, 2019

*The Court of Appeals hereby passes the following order:*

**A19A2420.  PAUL WADE TAYLOR v. TERRY LEIGH TAYLOR.**

In this divorce action, the trial court granted Terry Leigh Taylor's motion to enforce a settlement agreement and entered a final judgment and decree of divorce. Paul Wade Taylor then filed this direct appeal. We, however, lack jurisdiction.

Appeals from "judgments or orders in divorce, alimony, and other domestic relations cases" must be made by application for discretionary appeal.  OCGA § 5-6-35 (a) (2).  "[C]ompliance with the discretionary appeals procedure is jurisdictional." *Fabe v. Floyd*, 199 Ga. App. 322, 332 (1) (405 SE2d 265) (1991). Paul Wade Taylor's failure to follow the discretionary appeal procedure deprives us of jurisdiction over this direct appeal.  Accordingly, this appeal is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  07/24/2019
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.